IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER G. KOBER,<br><br>Defendant. | 8:17CR334<br><br>INDICTMENT<br>21 U.S.C. § 843(a)(3)<br>21 U.S.C. § 841(a)(1) |

The Grand Jury charges that

## COUNT I

From on or about January, 2016, and continuing to March 17, 2017, in the District of Nebraska, the Defendant, CHRISTOPHER G. KOBER, knowingly and intentionally obtained and acquired:

Acetaminophen Hydrocodone Bitartrate;

Oxycodone Hydrocholoride;

Acetaminophen Oxycodone;

Morphine Sulfate; and

Fentanyl

each of the above a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge in that CHRISTOPHER G. KOBER in his capacity as an investigator with the Nebraska State Patrol on assignment to the Drug Enforcement Administration did take possession of various prescription drugs and controlled substances through drug take back operations, overdose investigations, and other means, accumulating more than 1,800 dosage units, and kept the prescription drugs and controlled substances concealed in his home rather than enter the controlled substances into evidence or otherwise properly dispose of them.

In violation of Title 21, United States Code, Section 843(a)(3).

1

## COUNT II

On or about March 17, 2017, in the District of Nebraska, the Defendant, CHRISTOPHER G. KOBER, knowingly and intentionally possessed with intent to distribute:

Acetaminophen Hydrocodone Bitartrate;

Oxycodone Hydrochloride;

Acetaminophen Oxycodone;

Morphine Sulfate; and

Fentanyl

each a mixture and substance containing detectable amounts of a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS, #17765
Assistant U.S. Attorney